## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## Logan STEPHENSON

### Introduction and Agent Background

I, David M. Noordeloos, being duly sworn, state as follows:

1.      I am a Special Agent with the United States Department of State, Diplomatic Security Service, where I have been employed since 2002. I am assigned to the Office of Protective Intelligence Investigations, where I investigate threats to United States Department of State facilities and employees, including United States Secretary of State John Kerry. I have conducted numerous investigations regarding written and oral threats to United States Government personnel and facilities, both within the United States and overseas. Prior to entering service with the Department of State, I was a municipal police officer in Michigan for six years where I was assigned to uniformed patrol, the Neighborhood Enforcement Team, Neighborhood Patrol Unit and as a Field Training Officer.

2.      This affidavit is submitted in support of a criminal complaint and an arrest warrant for **Logan STEPHENSON** (hereinafter referred to as **"STEPHENSON"**). Based on the facts contained herein, there is probable cause to believe that **STEPHENSON** has committed a violation of federal law, that is, transmitting communications in interstate commerce threatening to injure the person of another in violation of 18 U.S.C. § 875(c).

3.      The information in this affidavit is based on my experience, training, and personal knowledge; my review of records and other materials obtained during the course of this investigation; and information provided to me by other government personnel and others with knowledge relating to this investigation. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of an application for an arrest warrant, it does not contain all of the facts known to me with regard to the investigation.

### Background Information

4.      According to records from the United States Department of State, **STEPHENSON** is a United States Citizen who was born in Fairfax, Virginia. According to records from the Department of Defense, **STEPHENSON** attended high school at Osbourn Park in Manassas, Virginia. **STEPHENSON** enlisted with the United States Navy on or about April 6, 2004. He began 8 weeks of recruit training on or about June 2004. The 8-week recruit training course given by the United States Navy included weapons training. On or about April 4, 2005, **STEPHENSON** was administratively separated from the United States Navy for misconduct. **STEPHENSON** is believed to be homeless, and was last known to have resided in West Virginia with his grandmother. Arrest records for **STEPHENSON** show frequent travel throughout the United States, including travel to Florida, Georgia, Minnesota, Nevada, California, and most recently to Vancouver, British Columbia, Canada.

### Summary of the Evidence

5.      On or about January 25, 2014, a person using Twitter account @BitCoinWorldLW tweeted "Attack John Kerry in Fox Chapel in Pittsburgh." Secretary of State Kerry's wife owns a home in Fox Chapel, outside of Pittsburgh. Also on or about January 25, 2014, a person using Twitter account @BitCoinWorldLW tweeted the current Washington, D.C. address for Secretary of State Kerry.

6.      On or about February 7, 2014, a person using Twitter account @BitCoinWorldLW tweeted, "Here's How to Make Car Bombs for John Kerry.. Strip The Lithium from the Dead "AA" Batteries."

7.      According to records maintained by Twitter, the account @BitCoinWorldLW was opened by an individual who provided the email address "lwaters2014@hotmail.com." Records of commercial data sources list "Logan Waters" as an alias for **STEPHENSON**.

8.      On or about February 17, 2014, Twitter suspended the account @BitCoinWorldLW.

9.      On or about May 27, 2014, a person using Twitter account @integraldevices posted several tweets that refer to or tag the official Twitter account of Secretary of State Kerry. The official Twitter account of Secretary of State Kerry is @JohnKerry. This account is primarily maintained in Washington, D.C.

10.     In particular, at or about 9:34 p.m., on May 27, 2014, a person using Twitter account @integraldevices posted a picture of a deceased male laid on a table. The picture of the male shows part of his skull and brain missing, with possible brain matter on the table. The accompanying tweet states, "Do Em Just Like JFK." At or about 9:40 p.m., that same evening, a person using Twitter account @integraldevices posted the same picture, tagging Secretary of State Kerry with an accompanying tweet, "Goodbye Asshole." At or about 9:48 p.m., a person using Twitter account @integraldevices posted a graphic of the United States with icons indicating where U.S. presidential deaths in office occurred and where the oath of office for the next president was administered. The assassinations of former U.S. presidents Abraham Lincoln, James Garfield, William McKinley, and John F. Kennedy are all noted on the map. At or about 9:55 p.m., a person using Twitter account @integraldevices again tagged Secretary of State Kerry and wrote, "Your 50 Years of Doing Nothing Is Over." At or about 10:03 p.m., a person using Twitter account @integraldevices again posted the picture of the deceased male, tagged Secretary of State Kerry, and wrote, "Goodbye Asshole JUST LIKE JFK."

11.     On or about July 17, 2014, a Diplomatic Security Service Special Agent conducted a telephonic interview with **STEPHENSON** while **STEPHENSON** was detained at the Clark County Detention Center in Las Vegas, Nevada. The jail arranged for the phone call to take place. On that phone call, **STEPHENSON** provided his current Twitter handle as @integraldevices. In addition, the Twitter profile @integraldevices displays a photo of **STEPHENSON** and gives as a name "Logan Waters," a known alias for **STEPHENSON**.

12.     On or about December 14, 2014, an officer of the Royal Canadian Mounted Police arrested **STEPHENSON** at Vancouver International Airport in Vancouver, British Columbia, Canada. **STEPHENSON** was charged with Obstructing a Police Officer. The arresting officer notified the United States Department of State that **STEPHENSON** was attempting to contact the U.S. Consulate about arranging for a ticket home. **STEPHENSON** also told the arresting officer that he was from Washington, D.C.

13.     On or about December 16, 2014, a Diplomatic Security Service Special Agent located at the U.S. Consulate in Vancouver, Canada, notified Diplomatic Security headquarters in Rosslyn, Virginia that **STEPHENSON** had scheduled an American Citizen Services appointment at the U.S. Consulate in Vancouver, Canada for December 19, 2014. American Citizen Services appointments can be scheduled for lost and stolen passports and repatriation loans.

14.     On December 19, 2014, an individual identifying himself as Logan Stephenson presented himself at the U.S. Consulate in Vancouver, Canada, requesting a United States passport. This person was confirmed, through U.S. Department of State official records, to be **STEPHENSON**. **STEPHENSON** was interviewed at the consulate in person by a Diplomatic Security Special Agent and a Homeland Security Investigations Special Agent. During the interview, **STEPHENSON** admitted to the agents that he had posted threatening tweets to John Kerry. He

4

specifically admitted to posting the tweets and photos on May 27, 2014 from the Twitter account @integraldevices. According to **STEPHENSON**, he is upset with public officials over what he considers a betrayal by the United States government related to his military service. **STEPHENSON** expressed to the agents that he feels as though the United States government has ruined his life. **STEPHENSON** was advised that making threats to U.S. officials is a violation of federal law punishable by incarceration, and was warned against making threats in the future.

15. On December 23, 2014, a person using the Twitter account @integraldevices posted several tweets in reference to United States Secret Service protectees, including the current President of the United States and his family, as well as a former President of the United States, Bill Clinton, and his family. Specifically, a person using the Twitter account @integraldevices posted the following tweets: "Nigger trust me you will die"; "Your kids will die. Your family will be gone"; "Consequences for Obama"; "Killing Obama for Christa Sorrentino"; "Killing Chelsea Clinton for Her As Well"; and "Clinton and Obama both families will be wiped out completely." "Christa Sorrentino" is believed to be a former girlfriend or acquaintance of **STEPHENSON**.

## Conclusion

16. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that **STEPHENSON** engaged in transmitting in interstate commerce threats to injure the person of another in violation of 18 U.S.C. § 875(c).

_____
David M. Noordeloos
Special Agent
U.S. Department of State

Subscribed and sworn to before me
this _____ day of January, 2015.

_____
Deborah A. Robinson
United States Magistrate Judge