# SEALED

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on November 1, 2013

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. |
| v. | : |
| | : VIOLATION: |
| LOGAN STEPHENSON, | : 18 U.S.C. §875(c) |
| | : (Transmitting Communication in |
| a/k/a "Logan Waters" | : Interstate Commerce Threatening |
| a/k/a "Logan Waters Bush" | : to Injure the Person of Another) |

Case: 1:15-cr-00010
Assigned To : Chutkan, Tanya S.
Assign. Date : 1/27/2015
Description: INDICTMENT (B)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE:

On or about January 25, 2014, in the District of Columbia, the defendant, LOGAN STEPHENSON, also known as "Logan Waters," also known as "Logan Waters Bush," knowingly and willfully did transmit in interstate and foreign commerce, a communication threatening to injure the person of another, that is, a Twitter post, using Twitter handle @BitCoinWorldLW, which stated in part, "ATTACK JOHN KERRY IN FOX CHAPEL IN PITTSBURGH!"

**Transmitting Communication in Interstate Commerce Threatening to Injure the Person of Another,** in violation of Title 18, United States Code, Section 875(c).

## COUNT TWO:

On or about February 7, 2014, in the District of Columbia, the defendant, LOGAN STEPHENSON, also known as "Logan Waters," also known as "Logan Waters Bush," knowingly and willfully did transmit in interstate and foreign commerce, a communication threatening to injure the person of another, that is, a Twitter post, using Twitter handle @BitCoinWorldLW, which stated in part, "Here's How to Make Car Bombs for John Kerry.. Strip The Lithium from the Dead 'AA' Batteries."

**Transmitting Communication in Interstate Commerce Threatening to Injure the Person of Another,** in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE:

On or about May 27, 2014, in the District of Columbia, the defendant, LOGAN STEPHENSON, also known as "Logan Waters," also known as "Logan Waters Bush," knowingly and willfully did transmit in interstate and foreign commerce, a communication threatening to injure the person of another, that is, a series of Twitter posts, using Twitter handle @IntegralDevices, which tagged @JohnKerry, the Twitter account of U.S. Secretary of State John Kerry, and which stated in part, "Do Em Just Like JFK," "Goodbye Asshole," "Your 50 Years Of Doing Nothing Is Over," and "Goodbye Asshole JUST LIKE JFK," and which included a

photograph of what appeared to be the body of former U.S. President John F. Kennedy on an operating table, with brain matter exposed.

**Transmitting Communication in Interstate Commerce Threatening to Injure the Person of Another** in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

FOREPERSON.

*Ronald C. Machen Jr. /SMY*
Attorney for the United States in
and for the District of Columbia